UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| LA DEPT OF REVENUE | CIVIL ACTION NO. 13-2554 |
| VERSUS | JUDGE ROBERT G. JAMES |
| BETTY JEAN JOHNSON | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT OF DISMISSAL

On November 7, 2013, the Court issued an Order [Doc. No. 5] requiring Plaintiff Louisiana Department of Revenue to show cause, in writing, within 14 days of the date of the Order, why its appeal should not be dismissed. Plaintiff failed to timely show cause.

THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims against Defendant Betty Johnson are DISMISSED WITHOUT PREJUDICE for failure to comply with the rules of the Court and the Court's Notice of Setting Bankruptcy Appeal [Doc. No. 4] pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff may move to reinstate its case within thirty (30) days for good cause shown.

MONROE, LOUISIANA, this 22nd day of November, 2013.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE